[No. 32517-2-III.   Division Three.   December 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON MICHAEL TAIT, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 13-1-00032-3, M. Scott Wolfram, J., entered April 22, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo, J.; Fearing, J., dissenting in part.

[No. 33088-5-III.   Division Three.   December 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. GISELA M. SEDANO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00597-5, Evan E. Sperline, J., entered February 5, 2015. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 71613-1-I.   Division One.   December 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ERIC ARMSTRONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01971-8, Andrea A. Darvas, J., entered February 28, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Cox and Lau, JJ.

[No. 71813-4-I.   Division One.   December 7, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD WAYNE HURN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-01806-0, Dean Scott Lum, J., entered April 8, 2014. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Appelwick, J.